FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2020 JUL 24 P 1: 46

CAROL L. MICHEL
CLERK



# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### INDICTMENT FOR THREATENING A FEDERAL OFFICIAL



| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** 20 - 71 |
| **v.** | * | **SECTION:** SECT.GMAG.1 |
| **BRYANT LAMONT HARRIS** | * | **VIOLATION**: 18 U.S.C. § 115(a)(1)(B) |
| | * | |

\*     \*     \*

The Grand Jury charges that:

## COUNT 1

On or about February 13, 2020, in the Eastern District of Louisiana and elsewhere, the

defendant, **BRYANT LAMONT HARRIS**, did threaten to assault Individual "A," a United States

District Court Judge, with intent to impede, intimidate, and interfere with Individual "A" while

____ Fee_____
____ Process_____
____ Dktd_____
____ CtRmDep_____
____ Doc. No._____

he/she was engaged in the performance of his/her official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

A TRUE BILL:

PETER G. STRASSER
UNITED STATES ATTORNEY

G. DALL KAMMER
Assistant United States Attorney
Louisiana Bar Roll No. 26948

New Orleans, Louisiana
July 24, 2020

FORM OBD-34

No.

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Louisiana

_____ Criminal _____ Division

## THE UNITED STATES OF AMERICA

vs.

## BRYANT LAMONT HARRIS

# INDICTMENT

### INDICTMENT FOR THREATENING
### A FEDERAL OFFICIAL

**VIOLATION: Title 18 U.S.C. § 115(a)(1)(B)**

A true bill

Foreperson

Filed in open court this _____

_____ day of _____

_____ A.D. 2020.

_____ Clerk

Bail, $ _____

G. DALL KAMMER

Assistant United States Attorney