MINUTE ENTRY
DOUGLAS, M.J.
AUGUST 3, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL |
|---|---|
| VERSUS | NO. 20-71 |
| BRYANT LAMONT HARRIS | SECTION G |

### CRIMINAL ARRAIGNMENT

APPEARANCES: X  DEFENDANT *Consents to appearance by Video.*
               X  COUNSEL FOR DEFENDANT  JAMES R. WASHINGTON, III (CJA) - *By Video*
               X  ASSISTANT U.S. ATTORNEY  DALL KAMMER - *By Video*
               ___ INTERPRETER _____ SWORN _____

(TIME: ____.M to ____.M)

X / READING OF THE INDICTMENT: (READ) WAIVED SUMMARIZED
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__ / DEFENDANT RELEASED ON ORIGINAL BOND

__ / BAIL SET AT _____

__ / DEFENDANT RELEASED ON NEW BOND

X / OTHER: *Defendants Oral Motion for New Counsel - Denied. Defendant Objects.*

**NOTICE:** X / PRE-TRIAL CONFERENCE: **SEPTEMBER 10, 2020 AT 2:00 P.M.**

**BEFORE UNITED STATES DISTRICT JUDGE NANNETTE JOLIVETTE BROWN**

X / TRIAL: **SEPTEMBER 28, 2020 AT 9:00 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE NANNETTE JOLIVETTE BROWN**

MJSTAR: 00: 06

