

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 7, 2022
Lyle W. Cayce
Clerk

No. 21-30326

**Certified as a true copy and issued as the mandate on Apr 12, 2022**

Attest: *Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

United States of America,

*Plaintiff—Appellee,*

versus

Bryant Lamont Harris

*Defendant—Appellant.*

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:20-CR-71-1

Before King, Jones, and Duncan, *Circuit Judges.*

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.