# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 12, 2022

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 21-30326    USA v. Harris
                         USDC No. 2:20-CR-71-1

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Majella A. Sutton, Deputy Clerk
                                      504-310-7680

cc:
    Mr. Kevin G. Boitmann
    Ms. Diane Hollenshead Copes
    Mr. Gaven Dall Kammer
    Mr. Jon Michael Maestri
    Mr. Jeffrey Ryan McLaren
    Mr. James Roy Washington III